(February 13, 1996)

■ JOSEPH B. McDONALD, Respondent, v PETER D. FENZEL et al., Appellants. [638 NYS2d 15] —Order, Supreme Court, New York County (Beverly Cohen, J.), entered November 21, 1994, which, *inter alia*, denied defendants' motion for a judicial settlement of a partnership accounting that was prepared on a cash basis and directed defendants to prepare the accounting on an accrual basis, unanimously affirmed, with costs.

We agree with the IAS Court that absent a provision in the parties' partnership agreement specifying the method of accounting, whether cash or accrual, to be used upon dissolution of the partnership, the accrual method is to be used (*Jackson v Hunt, Hill & Betts*, 7 NY2d 180, 183). We do not construe the provisions relied upon by defendants to constitute a direction for an accounting on a cash basis. We have considered defendants' other contentions and find them to be without merit. Concur—Murphy, P. J., Sullivan, Rubin, Ross and Tom, JJ.